IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **SPRING STREET APTS WACO, LLC**, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| VS. § | CASE NO. 6:16-cv-00315- RP-JCM |
| § | |
| **PHILADELPHIA INDEMNITY** § | |
| **INSURANCE COMPANY and** § | |
| **CRAWFORD & COMPANY**, § | |
| § | |
| *Defendants.* § | |

## AGREED JOINT STIPULATION OF
## DISMISSAL WITH PREJUDICE

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Spring Street Apts Waco, LLC ("Plaintiff") and Defendant Philadelphia Indemnity Insurance Company ("Defendant") jointly stipulate to the dismissal with prejudice of all claims Plaintiff asserted or could have asserted against Defendant in this case, and all claims Defendant asserted or could have asserted against Plaintiff in this case, as such parties have agreed upon the settlement and compromise of all claims, and the Court has approved such settlement and compromise. Each party has agreed to bear its own attorneys' fees and costs.

Dated: September 8, 2017

Respectfully submitted,

*/s/    Sean Bukowski*
Sean Bukowski
Texas Bar No. 24031896
Admitted Pro Hac Vice
BUKOWSKI LAW FIRM, P.C.
1601 Rio Grande, Suite 300A
Austin, Texas 78701
Telephone:  512-614-0335
Facsimile:   832-201-0822
Email:  sbukowski@bukowskilawfirm.com

**ATTORNEY IN CHARGE FOR PLAINTIFF**

*/s/ William R. Pilat*
William R. Pilat
Texas Bar No. 00788205
Admitted in Northern District of Texas
Email:  wpilat@krcl.com
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas  77056
Telephone:  713-425-7400
Facsimile:   713-425-7700

**ATTORNEY IN CHARGE FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2017, a true and correct copy of the foregoing *Agreed Joint Stipulation of Dismissal with Prejudice* was forwarded to all other counsel of record, as listed below, by electronic filing through the electronic case filing system for the United States District Court for the Western District of Texas:

William R. Pilat
KANE RUSSELL COLEMAN LOGAN PC
5051 Westheimer Road, 10th Floor
Houston, Texas 77056

John P. Palmer
NAMAN, HOWELL, SMITH & LEE, PLLC
P.O. Box 1470
Waco, Texas 76703-1470

                                                        */s/ Sean Bukowski*
                                                        Sean Bukowski