

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SPRING STREET APTS WACO, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| VS. | § | CASE NO. 6:16-cv-00315- ~~RP~~-JCM |
| | § | |
| PHILADELPHIA INDEMNITY | § | |
| INSURANCE COMPANY and | § | |
| CRAWFORD & COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

After considering the Agreed Joint Stipulation of Dismissal with Prejudice (ECF #78) filed in this case by the Plaintiff, Spring Street Apts Waco, LLC ("Plaintiff"), and the remaining Defendant, Philadelphia Indemnity Insurance Company ("Defendant"), the Court is of the opinion that this case should be dismissed with prejudice. It is, therefore,

ORDERED that all claims that were or could have been asserted by Plaintiff against Defendant in this case are hereby DISMISSED WITH PREJUDICE. It is further

ORDERED that each party will bear its own costs and attorneys' fees.

Signed this ___11th___ day of ___September___, 2017.

_____
JEFFREY C. MANSKE
UNITED STATES MAGISTRATE JUDGE